UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

THOMAS MORTON,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant is adjourned to **April 13, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **March 30, 2020**, and any submission by the Government is due on **April 6, 2020**.

It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
      December 5, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge