UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

THOMAS MORTON,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of the Defendant is adjourned to **May 28, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **May 7, 2020**, and any submission by the Government is due on **May 14, 2020**.

Dated:  New York, New York
         March 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge