UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>THOMAS MORTON,<br><br>                      Defendant. | **ORDER**<br><br>16 Cr. 281 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Upon application by Defendant Thomas Morton, by and through his counsel, Donald D. Duboulay and Joshua L. Dratel, and with the consent of the United States, by and through Geoffrey S. Berman, the United States Attorney for the Southern District of New York, by Assistant United States Attorney Allison C. Nichols,

        IT IS HEREBY ORDERED that Defendant Thomas Morton be released pending sentencing on the following conditions:

(1) a Personal Recognizance Bond in the amount of $150,000;

(2) home confinement enforced by electronic monitoring at the residence of his aunt, Nicola Bryant, 117-15 Smith Street, Jamaica, New York 11434 (The defendant may leave this residence for necessary medical services. Any other absence from this residence requires pre-approval from the Court.);

(3) unless otherwise approved by the Court, the location monitoring equipment shall be installed no later than fourteen days after release;

(4) Morton is permitted to self-install the monitoring equipment under the direction and instruction of the Pre-Trial Services Office;

(5) within two weeks of his release, Morton must purchase or secure a smart phone with video-conferencing capabilities for remote/virtual monitoring by the Pre-Trial Services Office;

(6) pretrial supervision as directed by the Pre-Trial Services Office;

(7) surrender of any travel documents, no application for new travel documents, and no travel outside the Southern and Eastern Districts of New York;

(8) upon release Morton will self-quarantine for fourteen days;

(9) ten days after release Mr. Morton will contact the Pretrial Services Office for purposes of arranging a first appointment;

(10) no contact of any kind with any co-defendants, victims, witnesses, or gang members or associates;

(11) no social media activity; and

(12) all other standard conditions of release.

IT IS FURTHER ORDERED that Mr. Morton can be released on his own signature. This order shall be effective for a period not to exceed sixty (60) days, at which time the need for continued release will be revisited.

Morton is being released pending sentencing because of the extraordinary risk he faces from the coronavirus pandemic as a result of his medical condition. The Court's decision to release Morton on bail pending sentencing should not be regarded as predictive of the sentence he will ultimately receive. No violations of the terms of this release order will be tolerated.

Dated: New York, New York
April 8, 2020

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge