UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

THOMAS MORTON,

                        Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant is adjourned from

May 28, 2020 to **July 6, 2020 at 4:00 p.m.** in Courtroom 705 of of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge