UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-                                    **ORDER**

                                             16 Cr. 281 (PGG)

THOMAS MORTON,

                    Defendant.


PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of the Defendant is adjourned from

October 5, 2020 to **January 15, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall

Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        September 24, 2020

                                             SO ORDERED.

                                             _Paul G. Gardephe_

                                             _____
                                             Paul G. Gardephe
                                             United States District Judge