UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

THOMAS MORTON,

             Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of the Defendant Thomas Morton is adjourned from January 15, 2021 to April 14, 2021 at 4:00 p.m.

Dated: New York, New York
        December 30, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge