UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

THOMAS MORTON,

Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Thomas Morton's sentencing, currently scheduled for April 14, 2021, is adjourned to **May 10, 2021 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

By **May 3, 2021**, Defendant will submit a letter stating whether he has received a COVID-19 vaccine. If Defendant has not been vaccinated by May 3, 2021, Defendant's letter will explain why he has not been vaccinated, and when he expects to be fully vaccinated.

Dated: New York, New York
       March 25, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge