UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

THOMAS MORTON,

               Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing of the Defendant Thomas Morton currently scheduled for June 3, 2021 at 9:00 a.m. will take place on June 3, 2021 at 10:00 a.m.

Dated: New York, New York
       May 21, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge