UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

THOMAS MORTON,

                Defendant.

**ORDER**

16 Cr. 281 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The following documents lodged at Dkt. No. 408 will be unsealed and are to be referenced in docket entries: (1) (S4) Information 16 Cr. 281 (PGG); (2) Waiver of Indictment; (3) Advice of Rights form; and (4) memorandum to docket clerk.

Dated: New York, New York
       June 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge